```
 1  Francesco Benavides, CSBN 258924
    Law Offices of Francesco Benavides
 2      1990 N. California Blvd.  Suite 20
        Walnut Creek, CA 94596
 3      Tel: (925) 222-7071
 4      Fax: (925) 522-5306
        Email: francesco@benavidesdisabilitylaw.com
 5
 6  Attorney for Plaintiff
    TAMMY ROSE MEYER
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TAMMY ROSE MEYER,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 5:22-cv-01909-JPR<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $6,500.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: May 23, 2023

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE